UNITED STATES DISTRICT COURT    2008 JUN -9 AM 10: 45

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| LENARD HARRIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV408-031 |
| JUDGE PERRY BRANNAN and CHATHAM COUNTY SUPERIOR COURT, | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 9th day of June, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA